| Date | User | Matter Number | Work Type | Description | Actual | Rate | Total |
|---|---|---|---|---|---|---|---|
| 12/16/2024 | Daryl Reid | TX-GE7-J24 | Court | attend trial, defendant prevailed | 5 | 300 | $1,500.00 |
| 12/13/2024 | Daryl Reid | TX-GE7-J24 | Court | attend pretrial hearing | 2 | 300 | $600.00 |
| 11/18/2024 | Daryl Reid | TX-GE7-J24 | Document Preparation | Finalized pre-trial disclosure, sent to staff to file. | 1 | 300 | $300.00 |
| 11/15/2024 | Daryl Reid | TX-GE7-J24 | Document Preparation | Initial drafting of pre-trial disclosures | 0.25 | 300 | $75.00 |
| 9/23/2024 | Daryl Reid | TX-GE7-J24 | Filing | Received, reviewed file marked copy of joint status report | 0.25 | 300 | $75.00 |
| 9/23/2024 | Daryl Reid | TX-GE7-J24 | Document Preparation | Prepared Client's documents and related chart, transmitted to Pltf atty pursuant to informal discovery request. | 1 | 300 | $300.00 |
| 9/20/2024 | Daryl Reid | TX-GE7-J24 | Document Review | Received proposed Joint Status Report from opp counsel, reviewed and approved for filing | 0.25 | 300 | $75.00 |
| 9/18/2024 | Daryl Reid | TX-GE7-J24 | Document Review | Received, reviewed documents from Client to be used as evidence. | 0.25 | 300 | $75.00 |
| 9/16/2024 | Daryl Reid | TX-GE7-J24 | Communication with Client | Communication with Client.  Asked Client to verify payroll list and provide list of supervisors for possible testimony | 0.25 | 300 | $75.00 |
| 9/11/2024 | Daryl Reid | TX-GE7-J24 | Document Review | Received, reviewed Order to provide Joint Status Report by 9/24 | 0.5 | 300 | $150.00 |
| 7/23/2024 | Daryl Reid | TX-GE7-J24 | Document Review | Review client file from Client | 1 | 300 | $300.00 |
| 7/17/2024 | Daryl Reid | TX-GE7-J24 | Communication with Client | Communication with Client. | 0.25 | 300 | $75.00 |
| 5/13/2024 | Daryl Reid | TX-GE7-J24 | Communication with Client | Communication with Client. | 0.25 | 300 | $75.00 |
| 5/8/2024 | Daryl Reid | TX-GE7-J24 | Communication with Client | Communication with Client. | 0.25 | 300 | $75.00 |
| 4/29/2024 | Daryl Reid | TX-GE7-J24 | Communication with Client | Communication with Client. | 0.25 | 300 | $75.00 |
| 12/28/2023 | Daniel Basham | TX-GE7-J24 | Document Preparation | Draft Joint Report/Scheduling Order | 1.5 | 300 | $450.00 |
| 12/26/2023 | Daniel Basham | TX-GE7-J24 | Document Preparation | Communicate with Plaintiff re Joint Report/Scheduling Order | 0.25 | 300 | $75.00 |
| 12/6/2023 | Daniel Basham | TX-GE7-J24 | Document Preparation | Draft Answer | 1 | 300 | $300.00 |
| 12/5/2023 | Daniel Basham | TX-GE7-J24 | Communication with Client | Communication with Client. | 0.5 | 300 | $150.00 |
| 10/5/2023 | Daniel Basham | TX-GE7-J24 | Document Preparation | Draft 12(b)(5) Motion to Dismiss, Cert. of Interested Persons, and Proposed Order | 2.5 | 300 | $750.00 |
| 10/4/2023 | Daniel Basham | TX-GE7-J24 | Communication with Client | Communication with Client. | 0.25 | 300 | $75.00 |
| TOTAL | | | | | | TOTAL | $5,625.00 |